# EXHIBIT 1

| Report Number: | | Reporting Agency: |
|---|---|---|
| MSP0412006P | State of Maryland Motor Vehicle Crash Report | MARYLAND STATE POLICE |

### Case Information:
| | | |
|---|---|---|
| Report Type: **Injury Crash** | County: **Washington** | Municipality: **N/A** |
| Local Case No.: **18MSP027746** | Local Codes: | Crash Date: **6/30/2018** |
| Investigating Officer **MT S. Bussard - 0412** | | Crash Time: **05:15 PM**  ☐ Photos Taken |

### Location:
| | |
|---|---|
| GPS X-Coordinates: **-77.9399533333333** | GPS Y-Coordinates: **39.6455416666667** |
| Main Road: **EISENHOWER MEMORIAL HWY** | Route #: **IS70** |
| Intersecting Road: **CLEARSPRING RD** | Intersecting Route #: **MD68** |
| Mile Point: **17.62**   Mile Point Direction: **E**   Distance: **2 M** | Distance Direction: **W** |

### Accident Diagram:



### Narrative:
VEHICLE 1 WAS EAST BOUND IN LANE 1. VEHICLE 2 WAS DIRECTLY BESIDE VEHICLE 1 IN LANE 2. BOTH VEHICLES WERE TRAVELING AT APPROXIMATELY THE SAME RATE OF SPEED. VEHICLE 1 USED ITS TURN SIGNAL AND INDICATED IT WAS GOING TO CHANGE LANES FROM LANE 1 TO LANE 2. THE DRIVER OF VEHICLE 1 STATED THAT HE COULD NOT SEE VEHICLE 2 IN HIS BLIND SPOT AND WHEN HE CHANGED LANES HE STRUCK VEHICLE 2 IN THE DRIVERS SIDE. VEHICLE 2 SWERVED TO AVOID THE COLLISION AND DROVE OFF OF THE RIGHT SHOULDER AND STRUCK A TREE. THE DRIVER AND PASSENGER WERE BOTH INJURED DURING THE COLLISION AND WERE TAKEN FOR MEDICAL TREATMENT. THOMPSONS TOWING RESPONDED TO REMOVE VEHICLE 2.

### Crash Type:
| | | | |
|---|---|---|---|
| Collision Type: | **Same Direction Right Turn** | | |
| Harmful Event One: | **Other Vehicle** | Harmful Event Two: | **Fixed Object** |
| Fixed Object Struck: | **Embankment** | School Bus Involved: | **Not Involved** |
| Const./Maint. Zone: | **No** | Const./Maint. Loc.: | |
| Workers Present: | | Const./Maint. Closure: | |

### Road/Area:
| | | | | | |
|---|---|---|---|---|---|
| Lane No.: | **2** | Lane Dir.: **E** | | Lane Type: | |
| No. of Lanes: | **2** | Rd. Alignment: **Straight** | | Rd. Grade: **Level** | |
| Rd. Division: | **Two-Way, Divided, Positive Median Barrier** | Traffic Control: **No Controls** | | | |
| Intersection: | **N/A** | Inter. Area: **N/A** | | | |
| Junction: | **N/A** | | | | |



### Conditions:
| | | | |
|---|---|---|---|
| Road Condition: | **No Defects** | Contrib - Road: | **N/A** |
| Weather: | **Clear** | Contrib - Environment: | **N/A** |
| Surface Condition: | **Dry** | Light: | **Daylight** |

## Vehicle 1 (P905856):

### Basic Information

Registration: **P905856**   Tag State: **IL**   Exp Year:    VIN #: **4V4NC9TH77N479229**
Year: **2007**   Make: **VOLV**   Model: **TT**   Body Type: **Truck - Tractor**
Insurer: **WESCO INS CO**   Policy #: **WMC1558631**
Towed Vehicle: **1 Semi Trailer**

### At Fault/Citation(s)

At Fault: **Yes**   Citation Issued: **Yes**   Citation Code: **1RG0B3S**

### Owner

First: **DNA**   Middle: **CARRIERS**   Last: **INC**
Street: **1001 N MILL ST APT 207**   Home Phone:
City: **NAPERVILLE**   State: **IL**   Zip: **60563**   Other Phone:

### Driver:

DL#: **F241013852420**   DL State: **FL**   DL Class: **A**   CDL: **No**
First: **AZIZ**   Middle: **MURODOVICH**   Last: **FAYZULLAEV**
Street: **529 SIMONTON ST APT 3**
City: **KEY WEST**   State: **FL**   Zip: **33040**   Home Phone:
DOB: **7/2/1985**   Sex: **M**   Other Phone: **(845) 664-4677**

Safety Equip.: **Shoulder/Lap Belt(S)**   Equip. Problem: **No Misuse**   Airbag Deployed: **Not Deployed**

Alch. Test Given: **N/A**   Alch. Test Type:   BAC:
Substance Use: **None Detected**   Drug Test Given: **N/A**   Drug Test Result:

Condition: **Apparently Normal**   Ejected: **Not Ejected/Trapped**
Injury Severity: **No Apparent Injury**   EMS Unit:   EMS Run Number:

### Impact & Damage

First Impact: **Two Oclock**   Areas Damaged: **Two Oclock**
Main Impact: **Two Oclock**
Most Harmful Event: **Other Vehicle**
Damage Extent: **Superficial**   Fire: **No**

### Circumstances

Going Direction: **E**   Continuing Direction: **E**   Vehicle Movement: **Changing Lanes**   Speed Limit:
Left Scene: **No**   Driverless Vehicle: **No**   Emergency Vehicle: **No**   **70**
Special Function: **N/A**

Contrib. Circumstances Person: **Failure To Drive Within A Single Lane**
**Failed To Yield Right Of Way**
**Improper Lane Change**
Driver Distracted By: **Looked But Did Not See**   Contrib. Circumstances Vehicle: **N/A**

Sequence of Events: **Struck Motor Vehicle In Transport**

### Towing

Towed: **No**   Removed By:   Removed To:

### Additional Vehicle Use Information

Commercial Name: **DNA CARRIERS INC**   Carrier Classification: **Interstate Carrier**

Street: **1001 N MILL ST APT 207**   DOT #:
City: **NAPERVILLE**   State: **IL**   Zip: **60563**

Body Type: **Van/Enclosed Box**   Configuration: **Truck Tractor Semi-Trailer**

Gross Vehicle Weight: **More Than 26000 Lbs**
Bus Use: **N/A**              No. of Axles: **5**              MC Number:
HAZMAT Spill:         Placard Displayed:         HAZMAT Class:         Placard Number:

| Towed Vehicle 1 (LEASING LLC, BSE ): |
|---|
| Registration: **U828561**   State: **TN**   VIN: **3H3V532C8KR210061** |
| Year: **2019**   Make: **HYTR**                     Model: **3H3** |
| Insured By: **WESCO INS CO**           Policy #: **WMC1558631** |
| Owner |
| First: **BSE**         Middle: **TRAILER**         Last: **LEASING LLC** |
| Street: **10233 GOVENOR LANE BLVD**                 Home Phone: |
| City: **WILLIAMSPORT**     State: **MD**   Zip: **21795**     Other Phone: |

END – Vehicle 1 (P905856)

## Vehicle 2 (Z20AUQ):

### Basic Information

Registration: **Z20AUQ**     Tag State: **FL**     Exp Year:     VIN #: **JF1GG67535H813104**
Year: **2005**     Make: **SUBARU**     Model: **IMPREZA**     Body Type: **Passenger Car**
Insurer: **STATE FARM INS CO**     Policy #: **E970687E3059**
Towed Vehicle: **N/A**

### At Fault/Citation(s)

At Fault: **No**     Citation Issued: **No**     Citation Code:

### Owner

First: **PAUL**     Middle: **NMN**     Last: **CHIANG**
Street: **12-753 MARKLAND ST**     Home Phone:
City: **MARKHAM**     State: **ON**     Zip: **0L6C0G6**     Other Phone:

### Driver:

DL#: **C34165626626127**     DL State: **ON**     DL Class: **0**     CDL: **No**
First: **MONICA**     Middle: **M**     Last: **CHIANG**
Street: **515-38 CEDARLAND DR.**
City: **MARKHAM**     State: **ON**     Zip: **0L6G0G7**     Home Phone:
DOB: **11/27/1962**     Sex: **F**     Other Phone: **(416) 670-8958**

Safety Equip.: **Shoulder/Lap Belt(S)**     Equip. Problem: **No Misuse**     Airbag Deployed: **Deployed - Unknown**

Alch. Test Given: **N/A**     Alch. Test Type:     BAC:
Substance Use: **None Detected**     Drug Test Given: **N/A**     Drug Test Result:

Condition: **Apparently Normal**     Ejected: **Not Ejected/Trapped**
Injury Severity: **Suspected Serious Injury**     EMS Unit: **A**     EMS Run Number: **1815181**

### Occupant:

First: **PAUL**     Middle: **NMN**     Last: **CHIANG**
Street: **13780 JULIAS WAY APT 1023**
City: **FT MYERS**     State: **FL**     Zip: **33919**     Home Phone:
DOB: **3/21/1960**     Sex: **M**     Other Phone: **(416) 662-7355**

Safety Equip.: **Shoulder/Lap Belt(S)**     Equip. Problem: **No Misuse**     Airbag Deployed: **Deployed - Unknown**

Seat: **Right**     Seating Location: **Right Front Seat**     Seating Row: **1**

Injury Severity: **Suspected Serious Injury**     Ejected: **Trapped**
EMS Unit: **B**     EMS Run Number: **1815181**

### Impact & Damage

First Impact: **Twelve Oclock**     Areas Damaged: **One Oclock, Twelve Oclock, Eleven Oclock**
Main Impact: **Twelve Oclock**
Most Harmful Event: **Fixed Object**
Damage Extent: **Destroyed**     Fire: **No**

### Circumstances

Going Direction: **E**     Continuing Direction: **E**     Vehicle Movement: **Moving Constant Speed**     Speed Limit:
Left Scene: **No**     Driverless Vehicle: **No**     Emergency Vehicle: **No**     **70**
Special Function: **N/A**

Contrib. Circumstances Person: **N/A**
Driver Distracted By: **Not Distracted**     Contrib. Circumstances Vehicle: **N/A**

Sequence of Events: **N/A**

**Towing**

Towed: **Yes**  Removed By: **THOMPSONS**  Removed To: **THOMPSONS**

END - Vehicle 2 (Z20AUQ)

| Witness (PAPE, DANIEL): | | |
|---|---|---|
| First: **DANIEL** | Middle: **D** | Last: **PAPE** |
| Street: **E4920 ROLLING RIDGE ROAD** | | |
| City: **SPRING GREEN** | State: **Wi** | Zip: **53588** |
| Home Phone: | Other Phone: **(608) 279-5709** | |

| Witness (PAPE, JESSICA): | | |
|---|---|---|
| First: **JESSICA** | Middle: **A** | Last: **PAPE** |
| Street: **E4920 ROLLING RIDGE ROAD** | | |
| City: **SPRING GREEN** | State: **Wi** | Zip: **53588** |
| Home Phone: | Other Phone: **(608) 279-5709** | |

| EMS Unit A (HANCOCK MEDIC 59): | |
|---|---|
| EMS Type: **Ground Transport** | Taken to: **MMC** |

| EMS Unit B (TROOPER 3): | |
|---|---|
| EMS Type: **Air Transport** | Taken to: **SHOCK TRAUMA** |