IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PAUL NMN CHIANG and<br>MONICA MICHELLE CHIANG | * | |
| | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.: 1:18-CV-02749-BPG |
| AZIZ MURDOVICH FAYZULLAEV and<br>PROGRESSIVE CARRIERS, CO. | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT STIPULATION OF DISMISSAL

Plaintiffs, Paul and Monica Chiang, and Defendants, Progressive Carriers, Co. and Aziz Fayzullaev, (the "Parties") by and through their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41, hereby jointly stipulate and agree to the DISMISSAL OF ALL CLAIMS in this matter WITH PREJUDICE. Accordingly, please mark this case DISMISSED WITH PREJUDICE and remove the trial and all scheduled appearances from this Court's docket.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Stephen J. Marshall (#29632) | Ari S. Casper (#14512) |
| Patrick M. Wachter (#19586) | The Casper Firm |
| Franklin & Prokopik, P.C. | 400 E. Pratt Street, Suite 903 |
| The B&O Building | Baltimore, Maryland, 21202 |
| Two North Charles Street, Suite 600 | (410) 989-5097 |
| Baltimore, Maryland 21201 | (410) 630-7776 (fax) |
| (410) 752-8700 | acasper@casperfirm.com |
| (410) 752-6868 (fax) | *Attorneys for Plaintiff* |
| smarhsall@fandpnet.com | |
| pwachter@fandpnet.com | |
| *Attorneys for Defendants Aziz Fayzullaev and* | |
| *Progressive Carriers, Co.* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of December 2020, a copy of the foregoing Joint Stipulation of Dismissal was electronically filed and mailed via mail, postage pre-paid to:

Ari S. Casper, Esq.
The Casper Firm
400 E. Pratt Street, Suite 903
Baltimore, MD 21202
*Attorneys for Plaintiff*

                                                */s/ Patrick M. Wachter*
                                                Patrick M. Wachter